# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **KRISTEN DOMINIGUE and CASEY DOMINIGUE,**  Plaintiffs,  v.  **FORD MOTOR COMPANY,**  Defendant. | Civil Action No. 7:20-CV-98 (HL) |

## ORDER

Before the Court is Defendant Ford Motor Company's Motion for Certification of Question to the Supreme Court of Georgia. Plaintiffs filed a motion in limine seeking to exclude the introduction of any evidence concerning Plaintiffs Kristen and Casey Dominigue's use of a seatbelt at the time of the underlying accident. Plaintiffs argue this evidence is prohibited by O.C.G.A. § 40-8-76.1(d) and otherwise is irrelevant to their claim that Defendant designed a faulty airbag system. Defendant moves the court to certify a question to the Georgia Supreme Court to clarify the application and constitutionality of O.C.G.A. § 40-8-76.1(d) in the context of a products liability lawsuit.

The Court held a hearing on September 14, 2021. Upon consideration of the parties arguments, the Court has decided on its own motion to certify a question to the Supreme Court of Georgia. Because the Court has decided *sua sponte* to

certify a question to the Supreme Court of Georgia, Defendant's Motion for Certification of a Question is **MOOT**.

Resolution of this issue is vital to pending motions in this case. Accordingly, the Court stays all proceedings pending a response from the Supreme Court of Georgia.

IT IS SO ORDERED, this 6th Day of October, 2021.

<u>***s/ Hugh Lawson***</u>
HUGH LAWSON, SENIOR JUDGE