# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| **KRISTEN DOMINGUE and CASEY DOMINGUE,** | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CIVIL ACTION FILE NO.: 7:20-cv-00098-MTT |
| **FORD MOTOR COMPANY,** | * * | |
| Defendant. | * | |

## NOTICE OF SETTLEMENT

The parties hereby give notice to the court that the case has been settled.  A Dismissal With Prejudice will be filed within 45 days.

This 14th day of April, 2023.

_____
CRAIG ALAN WEBSTER
Attorney for Plaintiffs
Ga. State Bar No.: 744950

111 12th Street East
Tifton, Georgia 31794
(229) 388-0082
(229) 388-0084 (fax)
Websterlawgroup63@gmail.com

1