IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KRISTEN DOMINGUE and CASEY DOMINGUE, | * |
| | * |
| Plaintiffs, | Case No. 7:20-cv-98-MTT |
| v. | * |
| FORD MOTOR COMPANY, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated June 23, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 23rd day of June, 2023.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk